# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS ARDANI JUAN LUCAS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE; et al.,<br><br>Respondents. | Case No.: 25-CV-2973-GPC-VET<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DATES AND SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE**<br><br>**[ECF No. 12]** |

The Court has reviewed the parties' Joint Motion to Vacate Dates and Set Telephonic Settlement Disposition Conference (ECF No. 12). Good cause appearing, the Court GRANTS the Joint Motion. Accordingly, IT IS HEREBY ORDERED:

1. The briefing schedule and dates set forth in the Court's Order Setting Briefing Schedule on Motion for Attorneys' Fees are VACATED;

2. The hearing scheduled for March 13, 2026, at 1:30 p.m. is VACATED; and

3. The Court orders the parties to participate in a telephonic settlement disposition conference with the Honorable Valerie E. Torres on **March 27, 2026**. The hearing will be automatically vacated if the parties file a final

25-cv-2973-GPC-VET

Notice of Settlement before that date.

IT IS SO ORDERED.

Dated:  January 28, 2026

Hon. Gonzalo P. Curiel
United States District Judge